1  YOUR NAME  **SAMPLE** *Pamela Stickler*
   YOUR ADDRESS **SAMPLE** *General Delivery San Diego CA 92138*
2  YOUR TELEPHONE NUMBER **SAMPLE** *619 281-8911*

3                                              12 OCT 31 PM 1: 14

4                                    CLERK. U.S. DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA
5
                                        BY          DEPUTY
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA
                  (Must start on line 8 or below)
10

11 **SAMPLE**
   *Pamela Stickler*                )
12                                   )        '12 CV 2637 H DHB
                                     )
13            -v-                    )     Case No._____
   **SAMPLE**                        )        (To be assigned at time of filing)
14                                   )
   *Royal Family of Spain*          )
15                                   )
                                     )
16 _____      )     COMPLAINT FOR (Brief description of document)

17                                              **SAMPLE**

   Plaintiff alleges: *On other page*
18                                      **SAMPLE**

19

20

21

22

23

24

25

26

27

28 ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

Requesting restraining order against the
royal family in Spain. Remedios Patricia
Sigala lived in the same apts in El Cajon.
I think that Leland Fuqua may be having
the royal family arrest me for something you
could not by United States laws. The Chula
Vista police dept. arrested me with a person
that looks like albert Remedios son they are
from Spain, and I believe the arest was for
medical reasons, telephone. Requesting temporary
restraining order until I get copies of who arested
me and why. I have subpeoned records

1

2

3 The request for the Royal Family of England.

4 William Malone from Scotland mentioned Australia,

5 Estella is a relative in ~~two~~ Loganville.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28